UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS LEE FRITZ,<br>　　　　Petitioner,<br>　v.<br>UNITED STATES OF AMERICA,<br>　　　　Respondent. | Case No. 15-cv-00645-DMR (PR)<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

　　　　Petitioner filed a *pro se* petition for a writ of habeas corpus on a form indicating it was filed under 28 U.S.C. § 2254.  He also filed a motion for leave to proceed *in forma pauperis*.

　　　　This action has been assigned to the undersigned Magistrate Judge.

　　　　Pursuant to 28 U.S.C. § 636(c), with written consent of all parties, a magistrate judge may conduct all proceedings in a case, including entry of judgment.  Appeal will be directly to the United States Court of Appeals for the Ninth Circuit.  *See* 28 U.S.C. § 636(c)(3).

　　　　On March 17, 2015, Petitioner consented to magistrate judge jurisdiction in this matter. Dkt. 5.

　　　　In an Order dated April 17, 2015, after conducting a preliminary review of the petition, the court found the record did not contain enough information to permit it to ascertain whether Petitioner intended to file a motion under 28 U.S.C. § 2255, or a petition under either 28 U.S.C. § 2241 or 28 U.S.C. § 2254.  Dkt. 9.  The court dismissed the petition and granted Petitioner twenty-eight days to file an amended petition curing the pleading deficiencies, or to suffer dismissal of the petition without prejudice.  The court also denied Petitioner's application for *in forma pauperis* status because he had more than sufficient funds to pay the filing fee.  He was directed to pay the $5.00 filing fee within twenty-eight days, and instructed that the failure to do

1  so would result in the dismissal of the petition without prejudice.

2  More than twenty-eight days have passed, and Petitioner has neither filed an amended
3  petition nor paid the $5.00 filing fee.  Accordingly, this action is DISMISSED without prejudice.
4  The Clerk of the Court shall enter judgment, terminate all pending motions, and close the file.

5  IT IS SO ORDERED.

6  Dated:  May 22, 2015

DONNA M. RYU
United States Magistrate Judge